# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00392-CV

**In re Natera, Inc.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint report informing the Court that the parties agree that the relief sought by relator is now moot and that there is nothing further for this Court to rule on. Accordingly, we dismiss the petition for writ of mandamus as moot.

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Filed: August 12, 2025